

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

HASSAN SALLOUM,

Defendant.

_____/

Case: **2:26-cr-20299**
Assigned To : **McMillion, Brandy R.**
Referral Judge: **Patti, Anthony P.**
Assign. Date : **5/20/2026**
Description: **INDI USA v. Salloum (jo)**

Violations:
18 U.S.C. § 2251(a), (e)

## INDICTMENT

FILED
CLERK'S OFFICE

MAY 2 0 2026

U.S DISTRICT COURT
EASTERN MICHIGAN

The Grand Jury charges:

## COUNT ONE
18 U.S.C. §§ 2251(a) and (e)
*Sexual Exploitation of Children*

On or about December 1, 2025, through and including December 31, 2025, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, HASSAN SALLOUM, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, specifically, MV-5, who was under 18 years of age, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using a means and

facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### 18 U.S.C. §§ 2251(a) and (e)
*Sexual Exploitation of Children and Attempt*

Between on or about November 1, 2024, through and including April 27, 2026, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, HASSAN SALLOUM, attempted to, and knowingly employed, used, persuaded, induced, enticed, and coerced minors to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and

the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.     If convicted of an offense charged and set forth above, HASSAN SALLOUM, shall forfeit to the United States:

     a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

     b. any property, real or personal, constituting or traceable to

3

gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.      **Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

*s/ Matthew A. Roth*
MATTHEW A. ROTH
Chief, Trafficking and
Exploitation of Children Unit

4

*s/ Diane N. Princ*

DIANE N. PRINC
Assistant United States Attorney                     Dated: May 20, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case: **2:26–cr–20299**<br>Assigned To : **McMillion, Brandy R.**<br>Referral Judge: **Patti, Anthony P.**<br>Assign. Date : **5/20/2026**<br>Description: **INDI USA v. Salloum (jo)** |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co

| **Companion Case Information** | **Companion Case Number:** |
| --- | --- |
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☐ No | **AUSA's Initials:**   D.N.P. |

**Case Title:** USA v. Hassan Salloum

**County where offense occurred :** Wayne

**Check One:**    ☒ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30264        ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**FILED**
**CLERK'S OFFICE**
**MAY 2 0 2026**
**U.S DISTRICT COURT**
**EASTERN MICHIGAN**

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 20, 2026
_____
Date

s/ Diane N. Prince
_____
Diane N. Prince
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9524
Fax:    (313) 226-2311
E-Mail address: diane.princ@usdoj.gov
Attorney Bar #: NY 4781159

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.